**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-1045**

_____

ARZIE SHEETS,

                              Petitioner,

       versus

CONSOLIDATION COAL COMPANY; DIRECTOR, OFFICE
OF WORKERS' COMPENSATION PROGRAMS, UNITED
STATES DEPARTMENT OF LABOR,

                              Respondents.

_____

On Petition for Review of an Order of the Benefits Review Board.
(98-1609-BLA)

_____

Submitted:  May 16, 2000           Decided:  June 5, 2000

_____

Before LUTTIG and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

S.F. Raymond Smith, RUNDLE & RUNDLE, L.C., Pineville, West Vir-
ginia, for Petitioner.  Mary Rich Maloy, JACKSON & KELLY, P.L.L.C.,
Charleston, West Virginia, for Respondents.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Arzie Sheets seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 1999). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See Sheets v. Consolidation Coal Co., No. 98-1609-BLA (B.R.B. Dec. 1, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED